UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                            CASE NO.: 20-19903-JNP
CHAPTER 13

**Mario Maurizio Badalamenti**
*aka* **Mario Badalamenti,**
   Debtor.

**Denise Theresa Badalamenti,**
   Joint Debtor.

_____/

**REQUEST FOR SERVICE**

     **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC
130 CLINTON ROAD, SUITE 202,
FAIRFIELD, NJ 07004**

                                         RAS Citron, LLC
                                         Authorized Agent for Secured Creditor
                                         130 Clinton Road, Suite 202,
                                         Fairfield, NJ 07004
                                         Telephone: 470-321-7112

                                         By: /s/Harold Kaplan
                                               Harold Kaplan
                                               Email: hkaplan@rasnj.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 15, 2020, I electronically filed the foregoing 15with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MARIO MAURIZIO BADALAMENTI
14 CAMPBELL STREET
CLAYTON,, NJ 08312-1261

DENISE THERESA BADALAMENTI
14 CAMPBELL STREET
CLAYTON,, NJ 08312-1261

And via electronic mail to:

LAW OFFICE OF FRANCIS LANDGREBE
71 COOPER ST.
WOODBURY, NJ 08096

LAW OFFICE OF FRANCIS LANDGREBE
71 COOPER ST.
WOODBURY, NJ 08096

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 - SUITE 580
CHERRY HILL, , NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, , NJ 07102

                                                        By: /s/ Luwam Habtegabir
                                                        Luwam Habtegabir
                                                        Email: lhabtegabir@rascrane.com